872 F.2d 411
 Baksalary (Richard), Jones (William), McCall (Irvin), Tucker
(Morris), Lindsey (Robert), Samuel (Charles)
v.
Smith (Paul J.), Urling (C. John, Jr.), Sloan (Grace M.),
State Workmen's Insurance Fund, Pennsylvania Manufacturers'
Association Insurance Company, American Mutual Liability
Insurance Company, School District of Philadelphia,
Bituminous Casualty Company
 NO. 88-1848
 United States Court of Appeals,
Third Circuit.
 MAR 17, 1989
 
 Appeal From: E.D.Pa.,
 Pollak, J.,
 
 693 F.Supp. 242
 
 1
 AFFIRMED.